# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH JOSEPH CABRERA, | Case No. ED CV 17-1350-DSF (SP) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| COUNTY OF RIVERSIDE, et al., | |
| Defendants. | |

Pursuant to the Memorandum and Order Dismissing Action for Failure to Prosecute,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: December 3, 2018

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE